IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTURO ALVAREZ MAGANA, | ) ) | No. CV-F-05-441 OWW (No. CR-F-04-5069 OWW) |
| | ) ) | |
| Petitioner, | ) ) | MEMORANDUM DECISION AND ORDER DENYING PETITIONER'S MOTION TO VACATE, SET ASIDE |
| vs. | ) ) | OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 AND |
| UNITED STATES OF AMERICA, | ) ) | DIRECTING ENTRY OF JUDGMENT FOR RESPONDENT |
| | ) ) | |
| Respondent. | ) ) | |
| | ) | |

    On April 4, 2005, Petitioner timely filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

    Petitioner pleaded guilty pursuant to a written Plea Agreement to being a deported alien found in the United States in violation of 8 U.S.C. § 1326. Petitioner was sentenced on July 1, 2004 to 33 months incarceration.

    Petitioner seeks vacation of his sentence pursuant to *Blakely v. Washington*, 542 U.S. 296 (2004), and *United States v.*

1

*Booker*, 543 U.S. 220 (2005).

Petitioner's motion is DENIED. *Booker* is not retroactive to cases on collateral review. *United States v. Cruz*, 423 F.3d 1119 (9th Cir.2005), *cert. denied*, 546 U.S. 1155 (2006). Although *Blakely* was decided by the Supreme Court approximately one week before Petitioner was sentenced, *Blakely* does not afford Petitioner relief. Petitioner claims that the 16-level enhancement pursuant to USSG 2L1.2(b)(1)(A) was improperly imposed following *Blakely*. Petitioner's claim is foreclosed by *United States v. Quintana-Quintana*, 383 F.3d 1052 (9th Cir.2004), *cert. denied*, 543 U.S. 1052 (2005).

For the reasons stated:

1. Petitioner Arturo Alvarez Magana's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is DENIED.

2. The Clerk of the Court is directed to enter JUDGMENT FOR RESPONDENT.

IT IS SO ORDERED.

Dated: __August 1, 2008__                    __/s/ Oliver W. Wanger__
                                            UNITED STATES DISTRICT JUDGE